616

No. 9629. STATE OF MONTANA ex rel. JOHNSTON E. MORGAN, Relator and Respondent, v. INDUSTRIAL ACCIDENT BOARD of the STATE OF MONTANA, Respondent and Appellant.

289 Pac. (2d) 325.

Decided Nov. 10, 1955.

*Ralph J. Anderson* and *Stanley P. Sorenson*, Helena, for Relator.

Per Curiam.

It is ordered that the writ be denied and that this proceeding be and it is dismissed.

MR. CHIEF JUSTICE ADAIR and MR. JUSTICES ANDERSON, DAVIS, and BOTTOMLY, concur.

MR. JUSTICE ANGSTMAN: I think if and when the appeal is perfected we should issue supersedeas.